Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:    (415) 835-6780
mbracamontes@bvlawsf.com

Attorneys for Plaintiff Dale Chung

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DALE CHUNG,

        Plaintiff,

        vs.

CITY AND COUNTY OF SAN FRANCISCO, *et al.*,

        Defendants.

**CASE NO.:** CV-10-1099-PJH

**STIPULATION AND ORDER RE: EXTENSION OF DISCOVERY DEADLINES**

**ACTION FILED:**  March 15, 2010
**TRIAL DATE:**     September 26, 2011

    Pursuant to Local Rule 7-12, the parties in the above referenced matter submit this Stipulation and Proposed Order.  Given that the City Attorney's office recently assigned another attorney to handle this case, the parties agree to the following:

    1.   The deadline to disclose all expert witnesses shall be extended to April 22, 2011.  The deadline to disclose all supplemental expert witnesses shall be extended to May 4, 2011;

    2.   Due to the re-scheduling of various depositions, the non-expert discovery deadline shall be extended to March 28, 2011;

    3.   All other deadlines and the trial date shall remain the same.

///

Bracamontes & Vlasak
A Professional Law Corporation
www.bvlawsf.com

1

2

3   Dated:  February 16, 2011          By:     /s/ Michael Bracamontes_____

4                                              Michael R. Bracamontes, Esq.
                                               Attorney for Plaintiff
5                                              [The filer of this document attests that concurrence in the filing of
                                               this document has been obtained from Defendants' attorney below
                                               and shall serve in lieu of her signature.]
6

7                                      By:     /s/ Margaret Baumgartner

8                                              Margaret W. Baumgartner, Esq.
                                               Attorney for Defendants
9

10

11

12      PURSUANT TO STIPULATION, IT IS SO ORDERED that the above discovery deadlines will be

13   changed accordingly.  The trial date and all other deadlines shall remain the same.

14

15      Dated: _____  2/28/11

16                                             _____
                                               Hon. Phyllis J. Hamilton



17                                             Judge

18

19

20

21

22

23

24

25

26

27

28

_____                - 2 -

*Chung v. County of San Francisco, et al. – Stipulation and Order re: Extension of Discovery Deadlines*
*CV-10-1099-PJH*

Bracamontes & Vlasak
A Professional Law Corporation
www.bvlawst.com