**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DALE CHUNG,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>           Defendants. | No. CV 10-1099 PJH (NJV)<br><br>**ORDER REQUIRING DEFENDANT TO FILE ITS RESPONSE TO MOTION TO COMPEL AND FOR SANCTIONS**<br>(Docket No. 21) |

The district court has referred Plaintiff's motion to compel Defendant City and County of San Francisco's responses to Interrogatories Nos. 1-5 (Set One) and for sanctions to this Court for determination.  Doc. Nos. 21 & 25.  Plaintiff filed his motion on January 18, 2011.  Defendant has not filed its response and it is long overdue.  The Court orders Defendant to file its response to Plaintiff's motion by close of business on March 4, 2011.  The Court will interpret the failure to respond as Defendant's non-opposition to the motion.

**IT IS SO ORDERED.**

Dated: February 28, 2011

NANDOR J. VADAS
United States Magistrate Judge