**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DALE CHUNG, | No. CV 10-1099 PJH (NJV) |
| Plaintiff, | **ORDER FINDING MOTION TO COMPEL AND FOR SANCTIONS MOOT** (Docket No. 21) |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

The district court has referred Plaintiff's motion to compel Defendant City and County of San Francisco's responses to Special Interrogatories Nos. 1-5 (Set One) and for sanctions to this Court for determination. Doc. Nos. 21 & 25. Plaintiff filed his motion on January 18, 2011 and on February 28, 2011, the Court ordered Defendant to file its response to Plaintiff's motion by close of business on March 4, 2011. On March 2, 2011, the parties informed the Court that Defendant has supplemented its responses to Special Interrogatories Nos. 1-5. Therefore, Plaintiff's motion to compel is now moot.

**IT IS SO ORDERED.**

Dated: March 3, 2011

NANDOR J. VADAS
United States Magistrate Judge