UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DALE CHUNG,

        Plaintiff(s),                      No. C 10-1099 PJH

   v.                                   **ORDER OF DISMISSAL**

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendant(s).

_____/

      The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.

      IT IS SO ORDERED.

Dated: May 27, 2011

                                                  _____
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge